# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Sumit Mukhopadhyay

v.

Michael Chertoff et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 2758 PJH

E-filing

TO: (Name and address of defendant)

See Attached

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JUN 3 2008

Helen L. Almacen
(BY) DEPUTY CLERK

## Defendants' Name and Address

1. **Dr. Michael Chertoff**
   Honorable Secretary
   Department of Homeland Security
   Washington, D.C. 20528

2. **Mr. Jonathan Scharfen**
   Acting Director
   United States Citizenship and Immigration Services (USCIS)
   20 Massachusetts Avenue, NW
   Washington, D.C. 20529

3. **Ms. Christine Poulos**
   Director, California Service Center
   United States Citizenship and Immigration Services (USCIS)
   P.O. Box 10400
   Laguna Niguel, CA 92607-1040

4. **Mr. Robert S. Mueller III**
   Federal Bureau of Investigation
   935 Pennsylvania Avenue, NW
   Washington, D.C. 20535

5. **Mr. Joseph Russoniello**
   United States Attorney
   The Northern District of California
   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102.