**Name and Address:** SUMIT MUKHOPADHYAY
3375 CARLSON BOULEVARD #161
EL CERRITO, CA 94530

FILED
08 JUL -9 PM 1:05

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MUKHOPADHYAY
**Plaintiff / Petitioner**

VS.

CHERTOFF ET AL.
**Defendant / Respondent**

Case No. 3:08 CV-2758 PJH

**Document Name:**

CERTIFICATE OF SERVICE

## Certificate of Service

I hereby certify that on the 4th day of June 2008 I delivered a true and accurate copy of the original complaint (Mukhopadhyay vs. Chertoff et al., Case #3:08-CV-2758 in the court of Honorable Judge P.J. Hamilton), Plaintiff exhibits, and other documents supplied by the court to the opposing parties counsel (US attorney office, San Francisco, California) via US postal Service Certified mail with Return Receipt at the following address:

>Mr. Joseph Russoniello
>United States Attorney
>The Northern District of California
>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA 94102

I also certify that the same package was delivered to the other defendants (The Honorable Secretary of Homeland Security, Mr. Michael Chertoff; Mr. Robert S. Mueller III, Mr. Jonathan Scharfen, and Ms. Christine Poulos). I have delivered a courtesy copy of the same package to the US Attorney General, Mr. Michael B. Mukasey via the same process.

Attached herewith are copies of the Return Receipts and Delivery Confirmation Notices (both supplied by the US Postal Service). The undersigned did not receive the Return Receipt from Defendant Robert S. Mueller III, however, Delivery Confirmation for this Defendant was available online from the US Postal Service (please see attached).

The undersigned requests the court to accept the attached Return Receipts and Delivery Confirmation Notices as proof of service.

>*Sumit* (signature)   4th July, 2008
>Sumit Mukhopadhyay
>3375 Carlson Boulevard
>Apartment #11
>El Cerrito, CA 94530
>Phone: 510-495-2440 (W)
>Phone: 510-558-1469 (H)
>e-mail: smukhopa2002@yahoo.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Joseph Russoniello
   United States Attorney
   The Northern District of
   California
   450 Golden Gate Ave
   11th Floor
   San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] 6/6/08
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): FBNCO
C. Date of Delivery: 6/4/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 1140 0004 9066 2691

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

SUMIT MUKHOPADHYAY
3375 CARLSON BLVD. #11
EL CERRITO, CA 94530



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1140 0004 9066 2691**
Status: **Delivered**

Your item was delivered at 10:33 AM on June 4, 2008 in SAN FRANCISCO, CA 94102.

( Additional Details > ) ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA    

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/4/2008

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>JUN 1 3 2008 |
| 1. Article Addressed to:<br>Dr. Michael Chertoff<br>Secretary<br>Department of Homeland<br>Security<br>Washington, D.C. 20528 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>_(Transfer from service label)_ | 7008 1140 0004 9066 2721 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-154 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SUMIT MUKHOPADHYAY
3375 CARLSON BLVD
APT. #11
EL CERRITO, CA 94530



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1140 0004 9066 2721**
Status: **Delivered**

Your item was delivered at 7:39 AM on June 9, 2008 in WASHINGTON, DC 20528.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA    

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jonathan Scharfon
Acting Director
USCIS
20 Massachusetts Ave NW
Washington, D.C. 20529

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X

B. Received by (Printed Name)
DHS

C. Date of Delivery
6-5-08

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 1140 0004 9066 2714

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SUMIT MUKHOPADHYAY
3345 CARLSON BLVD #11
EL CERRITO, CA 94530



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1140 0004 9066 2714**
Status: **Delivered**

Your item was delivered at 12:39 PM on June 5, 2008 in WASHINGTON, DC 20529.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA   

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Christine Poulos
   Director
   CSC USCIS
   P.O. Box 10400
   Laguna Niguel,
   CA 92607-1040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   USCIS RECEIVED
   06-6-08

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7008 1140 0004 9066 2707

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SUMIT MUKHOPADHYAY
3345 CARLSON BLVD #11
EL CERRITO, CA 94530


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1140 0004 9066 2707**
Status: **Delivered**

Your item was delivered at 10:53 AM on June 6, 2008 in LAGUNA NIGUEL, CA 92607.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    



Home | Help

Track & Confirm

# Track & Confirm

For Robert S. Mueller, III

## Search Results

Label/Receipt Number: **7008 1140 0004 9066 2684**
Status: **Delivered**

Your item was delivered at 4:08 AM on June 7, 2008 in WASHINGTON, DC 20535.

**Track & Confirm**
Enter Label/Receipt Number.

[ Additional Details > ]  [ Return to USPS.com Home > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                              6/9/2008

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael B. Mukasey
US Attorney General
US Department of Justice
950 Pennsylvania Ave, NW.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 0 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7007 2560 0002 6794 6762
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SUMIT MUKHOPADHYAY
3345 CARLSON BLVD #11
EL CERRITO, CA 94530


Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0002 6794 6762**
Status: **Delivered**

Your item was delivered at 11:22 AM on June 9, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA    

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    7/9/2008