JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUMIT MUKHOPADHYAY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; CHRISTINE POULOS, Director of the California Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; JOSEPH RUSSONIELLO, U.S. Attorney, Northern District of California, <br><br> Defendants. | No. C 08-2758 PJH <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 3, 2008, and Defendants' response is due on August 4, 2008.

2. Pursuant to this Court's June 3, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on September 4, 2008, and attend a case management conference on September 11, 2008.

Stipulation to Extend
C 08-2758 PJH                                          1

3. Plaintiff is scheduled for an interview on his application for naturalization on August 18, 2008.

4. In order to allow sufficient time for Defendants to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 4, 2008 |
| Last day to file Joint ADR Certification: | September 18, 2008 |
| Last day to file/serve Joint Case Management Statement: | October 2, 2008 |
| Case Management Conference: | October 9, 2008, at 2:30 p.m. |

Date: August __1__, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: August __01__, 2008

SUMIT MUKHOPADHYAY
*Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

PHYLLIS J. HAMILTON
United States District Judge

Stipulation to Extend
C 08-2758 PJH                              2