JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUMIT MUKHOPADHYAY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; CHRISTINE POULOS, Director of the California Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation; JOSEPH RUSSONIELLO, U.S. Attorney, Northern District of California, <br><br> Defendants. | No. C 08-2758 PJH <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 3, 2008, and Defendants' response is due on August 4, 2008.

2. Pursuant to this Court's June 3, 2008 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on September 4, 2008, and attend a case management conference on September 11, 2008.

Stipulation to Extend
C 08-2758 PJH                                              1

1     3. Plaintiff is scheduled for an interview on his application for naturalization on August 18, 2008.

    4. In order to allow sufficient time for Defendants to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 4, 2008 |
| Last day to file Joint ADR Certification: | September 18, 2008 |
| Last day to file/serve Joint Case Management Statement: | October 23, 2008 |
| Case Management Conference: | October 30, 2008, at 2:30 p.m. |

Date: August 1, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: August 01, 2008          /s/ SUMIT MUKHOPADHYAY
*Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/4/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIT MUKHOPADHYAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV08-02758 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sumit Mukhopadhyay
3375 Carlson Boulevard
Apartment No. 11
El Cerrito, CA 94530

Dated: August 4, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk