1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   SUMIT MUKHOPADHYAY,                )
12                                    )  No. C 08-2758 PJH
              Plaintiff,              )
13                                    )
        v.                            )  **STIPULATION TO DISMISS; and**
14                                    )  **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security;   )
   JONATHAN SCHARFEN, Acting Director of )
16 the U.S. Citizenship and Immigration Services; )
   CHRISTINE POULOS, Director of the  )
17 California Service Center of USCIS; )
   ROBERT S. MUELLER, III, Director of )
18 Federal Bureau of Investigation;   )
   JOSEPH RUSSONIELLO, U.S. Attorney, )
19 Northern District of California,   )
                                      )
20            Defendants.             )
                                      )
21

22      Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24 prejudice in light of the fact that the United States Citizenship and Immigration Services

25 adjudicated Plaintiff's naturalization application.

26 ///

27 ///

28 ///

Stipulation to Dismiss
C 08-2758 PJH                              1

Each of the parties shall bear their own costs and fees.

Date: August 30, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: August 30, 2008

_____
SUMIT MUKHOPADHYAY
*Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

PHYLLIS J. HAMILTON
United States District Judge

Stipulation to Dismiss
C 08-2758 PJH

2

Stipulation to Dismiss
C 08-2758 PJH                                       2