1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   SUMIT MUKHOPADHYAY,                    )
12                                        )   No. C 08-2758 PJH
                   Plaintiff,             )
13                                        )
             v.                           )   **STIPULATION TO DISMISS; and**
14                                        )   **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the     )
15 Department of Homeland Security;       )
   JONATHAN SCHARFEN, Acting Director of  )
16 the U.S. Citizenship and Immigration Services; )
   CHRISTINE POULOS, Director of the      )
17 California Service Center of USCIS;    )
   ROBERT S. MUELLER, III, Director of    )
18 Federal Bureau of Investigation;       )
   JOSEPH RUSSONIELLO, U.S. Attorney,     )
19 Northern District of California,       )
                                          )
20                 Defendants.            )
                                          )
21 ─────────────────────────────────────

22      Plaintiff, appearing *pro se,* and Defendants, by and through their attorney of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24 prejudice in light of the fact that the United States Citizenship and Immigration Services

25 adjudicated Plaintiff's naturalization application.

26 ///

27 ///

28 ///

   Stipulation to Dismiss
   C 08-2758 PJH                          1

1    Each of the parties shall bear their own costs and fees.

2    Date: August 30, 2008                    Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney
4

5
                                             ILA C. DEISS
6                                            Assistant United States Attorney
                                             Attorneys for Defendants
7

8

9    Date: August 30, 2008                   SUMIT MUKHOPADHYAY
                                             *Pro se*
10

11                                  **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13

14   Date:  9/5/08

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SUMIT MUKHOPADHYAY,

          Plaintiff,

  v.

MICHAEL CHERTOFF et al,

          Defendant.

_____/

Case Number: CV08-02758 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Sumit Mukhopadhyay
3375 Carlson Boulevard
Apartment No. 11
El Cerrito, CA 94530

Dated: September 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk